UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. ST. MICHAEL BALZARINI,<br><br>Plaintiff,<br><br>v.<br><br>JOE A. LIZARAGA, et al.,<br><br>Defendants. | No. 2:14-cv-2001 DAD P<br><br><br><br>ORDER |

Plaintiff Dr. St. Michael Balzarini, also known as St. Michael Balzarini and Michael Balzarini, is a state prisoner proceeding without counsel with a civil rights complaint filed pursuant to 42 U.S.C. § 1983. Plaintiff has consented to magistrate judge jurisdiction for all purposes pursuant to 28 U.S.C. § 636(c), and Local Rule 305(a). (See ECF No. 6.)

By an order filed June 12, 2015, plaintiff was ordered to file an in forma pauperis affidavit within thirty days and was cautioned that his failure to do so would result in the dismissal of this action be dismissed. Nearly sixty days have now expired. Although plaintiff has since filed a motion for leave to file an amended complaint (ECF No. 12), plaintiff has not filed an in forma pauperis affidavit as ordered.

/////

/////

/////

1

1    Based on plaintiff's previously filed consent to magistrate judge jurisdiction over this
2 action (ECF No. 4) and plaintiff's failure to file an in forma pauperis affidavit as ordered, IT IS
3 HEREBY ORDERED that this action be dismissed without prejudice.[1]
4 Dated:  August 10, 2015

*/s/ Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:10
balz2001.fifp

---

[1] The court notes that because plaintiff had sought a preliminary injunction requiring defendants to provide him both pain medication and treatment of his Hepatitis C condition, the court sent copies of plaintiff's request to the Receiver for California Correctional Health Care Services and requested that the Receiver provide the court with a status report as to plaintiff's medical condition and treatment.  (ECF No. 10.)  On June 23, 2015, the Receiver submitted that status report which provided a thorough explanation of the appropriate medical care plaintiff is receiving.

2